```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 03453
    PETER JOHN BOWLER II
    LINDA LU BOWLER                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-6573     SSN XXX-XX-9066
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/02/05 and confirmed on 03/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  40837.97 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST MIDWEST BANK | SECURED VEHIC | 2959.67 | 92.81 | 2959.67 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1416.07 | .00 | 1416.07 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 438.96 | .00 | 438.96 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 303.03 | .00 | 303.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7750.36 | .00 | 7750.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8859.33 | .00 | 8859.33 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7382.67 | .00 | 7382.67 |
| NEX/MIL STAR/EXCHANGE | UNSECURED | 5221.94 | .00 | 5221.94 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SHELL OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 506.20 | .00 | 506.20 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2959.67 | .00 | 31878.56 | .00 | 34838.23 |
| PRINCIPAL PAID | 2959.67 | .00 | 31878.56 | .00 | 34838.23 |
| INTEREST PAID | 92.81 | .00 | .00 | .00 | 92.81 |
| TOTAL PAID | 3052.48 | .00 | 31878.56 | .00 | 34931.04 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $   1713.18 .

Refunds to the Debtor totaled $   1593.75 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/13/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 05 B 03453 PETER JOHN BOWLER II & LINDA LU BOWLER
```